BOEHM *v.* MILLER.

(*Common Pleas of New York City and County, General Term.*  May 12, 1892.)

Action by Isaac Boehm against Edward Miller.

Argued before BOOKSTAVER and BISCHOFF, JJ.

No opinion.  Motion to resettle order of general term denied, with $10 costs.  See 18 N. Y. Supp. 137.

---

HADDEN, Respondent, *v.* McGUIRE, Appellant.

(*Common Pleas of New York City and County, General Term.*  May 12, 1892.)

Action by Alexander Hadden against Michael McGuire.

Argued before BOOKSTAVER and BISCHOFF, JJ.

*Charles De Kay Townsend,* for appellant.  *J. C. Wolf,* for respondent.

No opinion.  Motion for reargument denied, with $10 costs.  For decision on appeal, see 19 N. Y. Supp. 1011.

---

HYMAN, Appellant, *v.* FREIDMAN, Respondent.

(*Common Pleas of New York City and County, General Term.*  May 12, 1892.)

Action by Fanny Hyman against Betti Freidman.

Argued before BOOKSTAVER and BISCHOFF, JJ.

*S. Hyman,* for appellant.  *Mr. Goodhart,* for respondent.

No opinion.  Motion to resettle case on appeal denied, with $10 costs.  See 18 N. Y. Supp. 446.

---

KIRKLAND, Respondent, *v.* DYER, Appellant.

(*Common Pleas of New York City and County, General Term.*  May 12, 1892.)

Action by Thomas Kirkland against James Dyer.

Argued before BOOKSTAVER and BISCHOFF, JJ.

No opinion.  Motion for leave to appeal to the court of appeals denied, with $10 costs.  For decision on appeal, see 19 N. Y. Supp. 1011.

---

McCARTHY, Appellant, *v.* MacGREGOR, Respondent.

(*Common Pleas of New York City and County, General Term.*  May 12, 1892.)

Appeal from trial term.

Action by Sylvester McCarthy against Henry MacGregor.

Argued before BOOKSTAVER and BISCHOFF, JJ.

*Mr. Johnson,* for appellant.  *G. A. Sterns,* for respondent.

No opinion.  Judgment affirmed, with costs.

---

PEOPLE *v.* GARNER.

(*Common Pleas of New York City and County, General Term.*  May 12, 1892.)

Argued before BOOKSTAVER and BISCHOFF, JJ.

*De Lancy Nicoll,* for the People.  *Henry A. Brann,* for defendant.

No opinion.  Motion to vacate judgment entered on a forfeited recognizance granted.

---

PEOPLE *v.* PURROY *et al.*

(*Common Pleas of New York City and County, General Term.*  May 12, 1892.)

Argued before BOOKSTAVER and BISCHOFF, JJ.

*L. J. Grant,* for the People.  *W. D. Findley,* for Purroy.

No opinion.  Motion for reargument denied, with $10 costs.  See 17 N. Y. Supp. 950.